# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

------------------------------------------------------

| | |
|---|---|
| SHIVA STEIN, | : |
| | : |
| Plaintiff, | : Case No. 1:21-cv-00563-CFC |
| | : |
| v. | : |
| | : |
| BRYN MAWR BANK CORPORATION, ANDREA F. GILBERT, WENDELL F. HOLLAND, SCOTT MAHALEY JENKINS, DIEGO F. CALDERIN, FRANCIS J. LETO, BRITTON H. MURDOCH, LYNN B. MCKEE, MICHAEL J. CLEMENT, A. JOHN MAY, KEVIN TYLUS, and WSFS FINANCIAL CORPORATION, | : |
| | : |
| Defendants. | : |

------------------------------------------------------

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses the above-captioned action (the "Action"). Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: March 8, 2022

**OF COUNSEL:**

**MELWANI & CHAN LLP**
Gloria Kui Melwani
1180 Avenue of the Americas
New York, NY 100136
Telephone: (212) 382-4620
Email: gloria@melwanichan.com

**RIGRODSKY LAW, P.A.**

By: */s/ Gina M. Serra*
Seth D. Rigrodsky (#3147)
Gina M. Serra (#5387)
Herbert W. Mondros (#3308)
300 Delaware Avenue, Suite 210
Wilmington, DE 19801
Telephone: (302) 295-5310
Facsimile: (302) 654-7530
Email: sdr@rl-legal.com
Email: gms@rl-legal.com
Email: hwm@rl-legal.com

*Attorneys for Plaintiff*